## UNITED STATES BANKRUPTCY COURT

### Western District of Kentucky

| | |
|---|---|
| IN RE:<br>William Danny Steele<br>and Kellye J. Steele<br><br>Debtor(s) | Case No.:19−50239−acs<br><br>Chapter: 7<br>Judge: Alan C. Stout |

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order of the Court to continue the hearing held on 7/25/2019 regarding the Objection to Exemption of three vehicles and a television pursuant to 11 U.S.C. sect 522 (d)(1) and various bank accounts pursuant to 11 U.S.C.. sect. 522 (d) (5) filed by Trustee Mark R. Little 23 , so ORDERED by /s/ Judge Stout. Hearing scheduled for 9/19/2019 at 09:00 AM (Central Time) at Paducah Courthouse, Federal Building, 5th & Broadway, Paducah, KY 42001. (Graham, S)This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.

Dated: 7/25/19

By: slg  
Deputy Clerk

FOR THE COURT  
Elizabeth H. Parks  
Clerk, U.S. Bankruptcy Court